**David G. Banes, F0171**
**O'CONNOR BERMAN HOREY & BANES, LLC**
**2nd Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

F I L E D
Clerk
District Court

JAN 07 2019

for the Northern Mariana Islands
By_____
       (Deputy Clerk)

*Attorneys for Plaintiff Matthew J. Yaquinto*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MATTHEW J. YAQUINTO, ) | CIVIL CASE NO. 17-00023 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMONWEALTH UTILITIES ) | ORDER OF DISMISSAL |
| CORPORATION and DOES 1-5, ) | |
| ) | |
| Defendants. ) | Judge: Hon. Manglona, C.J. |

Based upon the stipulation of the parties (ECF No. 26), and good cause appearing, IT IS HEREBY ORDERED that pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, that all claims asserted by Plaintiff in his Complaint (ECF No. 1), and all counterclaims asserted by Defendant in its Counterclaim (ECF No. 5), be and hereby are DISMISSED with prejudice, with each party to bear his or its own fees and costs.

All pending deadlines and hearings are hereby vacated.

The Clerk is directed to close the case.

SO ORDERED this 7th day of January, 2019.

_____
RAMONA V. MANGLONA, Chief Judge

M:\David Banes\Civil Cases\4182-01 Matt Yaquinto v. CUC\Drafts\4182-01-190107-P-Order-dismissal.doc